IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICOLE NICHOLAS, as Administrator of the DISTRICT 1199C NATIONAL UNION OF HOSPITAL AND HEALTH CARE EMPLOYEES GROUP LEGAL SERVICES FUND,**     **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **NORTH PHILADELPHIA HEALTH SYSTEM,**     **Defendant.** | No. 16-232 |

## ORDER

**AND NOW**, this **4th** day of **October, 2016**, upon consideration of Defendant North Philadelphia Health System's Motion to Dismiss and the response thereto, and for the reasons contained in the Court's Memorandum dated October 4, 2016, it is hereby **ORDERED** that:

1. Defendant North Philadelphia Health Systems' Motion to Dismiss (Document No. 9) is **DENIED.**

2. Defendant North Philadelphia Health System shall answer the Complaint within the deadline required by Federal Rule of Civil Procedure 12(a)(4)(A).

BY THE COURT:

_____
**Berle M. Schiller, J.**